F.# 2026R00194

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

EDWARD WILLIAMS,
      also known as "Eduardo Williams
      Sangiuillen" and
      "Eligio Carmona,"

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

~~PROPOSED~~ O R D E R

26-CR-206

        Upon the application of JOSEPH NOCELLA, JR., United States Attorney for the

Eastern District of New York, for an order unsealing the above-captioned matter in its entirety,

        WHEREFORE, it is ordered that the above-captioned matter in its entirety be

unsealed.

Dated:    Brooklyn, New York
        July 15, 2026

*James R. Cho*
_____
HONORABLE JAMES R. CHO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK